IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS SHAARBAY,

    Petitioner,

v.                                CASE NO. 4:11cv211-SPM/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## **ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated August 1, 2011. Doc. 8. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 9. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2. This case is transferred to the Southern District of Florida for all further proceedings.

3. The clerk shall terminate all motions (docs. 2, 5, and 6).

DONE AND ORDERED this 25th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge